Case No. 22-5260

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

DAVID ERMOLD; DAVID MOORE

    Plaintiffs - Appellees

v.

KIM DAVIS, Individually

    Defendant - Appellant

BEFORE: GRIFFIN, WHITE and BUSH, Circuit Judges.

Upon consideration of the Appellees motion to issue sanctions,

It is **ORDERED** that the motion is **DENIED**.

**ENTERED BY ORDER OF THE COURT**
Deborah S. Hunt, Clerk

Issued: January 17, 2023